**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOSHUA A. STRICKLIN**                                                                       **PLAINTIFF**

v.                               **CASE NO. 4:16CV00697 BSM**

**MATT RICE,**
**Sheriff of Faulkner County, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 16th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE